# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

158703

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
*In re* R. J. K. TIMON, Minor.
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158703
COA: 342031
Wayne CC Family Division:
13-512300-NA

_____/

On order of the Court, the application for leave to appeal the October 18, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019



p0305

Clerk